**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 18cr10296 |
| v. | ) | VIOLATIONS: |
| 1. **Abdul-Karim MUWAKKIL,** a/k/a "Tyrone Jones," and a/k/a "Ty," | ) | 21 U.S.C. § 846 -- Conspiracy to Distribute and Possess with Intent to Distribute Heroin, Cocaine and Cocaine Base |
| | ) | 21 U.S.C. § 841(a)(1) -- Possession with Intent to Distribute and Distribution of Heroin, Cocaine and Cocaine Base |
| | ) | 18 U.S.C. § 2 -- Aiding and Abetting |
| Defendant. | ) | 21 U.S.C. § 853 -- Criminal Forfeiture Allegation |

## INDICTMENT

**COUNT ONE:** **(Title 21, United States Code, Section 846 -- Conspiracy to Distribute and Possess with Intent to Distribute Heroin, Cocaine and Cocaine Base)**

The Grand Jury charges that:

From a time unknown to the Grand Jury continuing until in or about January 2018, at Boston, and elsewhere in the District of Massachusetts, and at other places presently known and unknown:

1. **Abdul-Karim MUWAKKIL,**
a/k/a "Tyrone Jones," and
a/k/a "Ty,"

defendant herein, did conspire with other persons known and unknown to the Grand Jury to

knowingly and intentionally distribute, and to possess with intent to distribute, heroin, a Schedule I controlled substance, cocaine, a Schedule II controlled substance and cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy charged in this Count involved 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i) is applicable to this Count.

It is further alleged that, with respect to this Count, 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, is attributable to, and was reasonably foreseeable by Abdul-Karim MUWAKKIL, a/k/a "Tyrone Jones," and a/k/a "Ty." Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i) is applicable to Abdul-Karim MUWAKKIL, a/k/a "Tyrone Jones," and a/k/a "Ty."

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:** **(Title 21, United States Code, Section 841 (a)(1) – Possession with Intent to Distribute and Distribution of Heroin; Title 18, United States Code, Section 2 – Aiding and Abetting)**

The Grand Jury further charges that:

On or about September 6, 2017, at Boston, in the District of Massachusetts,

1. **Abdul-Karim MUWAKKIL,**
a/k/a "Tyrone Jones," and
a/k/a "Ty,"

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT THREE:** **(Title 21, United States Code, Section 841 (a)(1) – Possession with Intent to Distribute and Distribution of Heroin and Cocaine Base; Title 18, United States Code, Section 2 – Aiding and Abetting)**

The Grand Jury further charges that:

On or about September 27, 2017, at Boston, in the District of Massachusetts,

1. **Abdul-Karim MUWAKKIL,**
a/k/a "Tyrone Jones," and
a/k/a "Ty,"

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute heroin, a Schedule I controlled substance, and cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT FOUR:** **(Title 21, United States Code, Section 841 (a)(1) – Possession with Intent to Distribute and Distribution of Cocaine Base; Title 18, United States Code, Section 2 – Aiding and Abetting)**

The Grand Jury further charges that:

On or about October 5, 2017, at Boston, in the District of Massachusetts,

1. **Abdul-Karim MUWAKKIL,**
a/k/a "Tyrone Jones," and
a/k/a "Ty,"

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT FIVE:** **(Title 21, United States Code, Section 841 (a)(1) – Possession with Intent to Distribute and Distribution of Heroin; Title 18, United States Code, Section 2 – Aiding and Abetting)**

The Grand Jury further charges that:

On or about November 3, 2017, at Boston, in the District of Massachusetts,

1. **Abdul-Karim MUWAKKIL,**
a/k/a "Tyrone Jones," and
a/k/a "Ty,"

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**DRUG FORFEITURE ALLEGATION**
**(Title 21, United States Code, Section 853)**

The Grand Jury alleges:

1. As a result of one or more of the offenses alleged in Counts One through Five of this Indictment:

1. **Abdul-Karim MUWAKKIL,**
a/k/a "Tyrone Jones," and
a/k/a "Ty,"

defendant herein, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and/or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such offense.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant –

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described

in paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL,

Glenda Duclos

FOREPERSON OF THE GRAND JURY

EMILY CANNON
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS August 29, 2018

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk

@ 11:15 AM
8/29/18